**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1505**

---

WILLIS FRALEY, JR.; LANETTE L. FRALEY,

                                   Plaintiffs - Appellants,

          versus

SEAN R. STODDARD, D.P.M.; UNITED STATES OF
AMERICA,

                                   Defendants - Appellees.

---

**No. 99-1506**

---

WILLIS FRALEY, JR.; LANETTE L. FRALEY,

                                   Plaintiffs - Appellants,

          versus

UNITED STATES OF AMERICA,

                                   Defendant - Appellee.

---

Appeals from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert J. Staker, Senior District Judge.  (CA-97-248-3, CA-97-866-3)

---

Submitted:  August 24, 1999        Decided:  September 14, 1999

_____

Before MURNAGHAN, ERVIN, and NIEMEYER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James E. Spurlock, SPURLOCK LAW OFFICES, Huntington, West Virginia, for Appellants.  Kevin A. Nelson, KAY, CASTO & CHANEY, P.L.L.C, Charleston, West Virginia; Rebecca A. Betts, United States Attorney, Stephen M. Horn, Assistant United States Attorney, Charleston, West Virginia; Ray L. Hampton, II, Special Assistant United States Attorney, Huntington, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Willis and Lanette Fraley appeal the district court's order granting the appellees' motion in limine, denying the Fraleys' motion for a continuance, and granting the appellees' motions for summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fraley v. Stoddard, No. CA-97-248-3 (S.D.W. Va. Apr. 9, 1999); Fraley v. United States, No. CA-97-866-3 (S.D.W. Va. Apr. 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED